# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| Cynergy Professional Systems LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>Jefferson W. Smith, an individual; and Michele J. Muñoz, an individual,<br><br>Defendants. | Case No. 8:20-cv-01092-JVS-ADS<br><br>**ORDER GRANTING ENTRY OF STIPULATION OF DISMISSAL AND STIPULATION OF ENTRY OF JUDGMENT IN THE EVENT OF DEFENDANTS' DEFAULT ON THE SETTLEMENT AGREEMENT**<br><br>The Hon. James V. Selna<br>Santa Ana, Courtroom 10C<br><br>Complaint filed: June 21, 2020<br>Trial Date: October 5. 2021 |

The Court, having read and considered the parties' Stipulation of Dismissal and Stipulation of Entry of Judgment in the Event of Defendants' Default on the Settlement Agreement, is of the opinion that the stipulation should be entered.

Based on the foregoing, the Court retains jurisdiction to enforce the Parties' settlement and otherwise dismisses this action in its entirety, subject to retention of jurisdiction.

IT IS HEREBY ORDERED

Dated: May 13, 2021

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT COURT JUDGE